IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYSON JOIEL SUGGS,

    Plaintiff,          No. 2:11-cv-0292 JAM DAD (PC)

   vs.

SHARON CAMMISA, etc.,

    Defendant.         <u>ORDER</u>

                                    /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. §1983.  On April 7, 2011, this court issued findings and recommendations recommending that this action be dismissed without prejudice pursuant to the rule announced in <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994).  On April 14, 2011, plaintiff, the only party to appear in this action, filed a request for voluntary dismissal.  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.  The Clerk of the Court is directed to close this action.

        IT IS SO ORDERED.

DATED: April 25, 2011.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12;sugg0292.41a